# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PATRICIA SCHOUPPE,** | : | No. 3:18cv479 |
| Plaintiff | : | |
| | : | **(Judge Munley)** |
| v. | : | |
| | : | |
| **KIRBY UPRIGHT d/b/a** | : | |
| **LAMPLIGHTER ASSOCIATES, and** | : | |
| **LAMPLIGHTER ASSOCIATES OF GP,** | : | |
| Defendants | : | |
| | : | |
| v. | : | |
| | : | |
| **BLAKESLEE POST OFFICE, and** | : | |
| **U.S. POST OFFICE,** | : | |
| Additional Defendants | : | |

## ORDER

**AND NOW,** to wit, this 7th day of June 2018 it is hereby **ORDERED** as follows:

1) Additional Defendants' Blakeslee Post Office and U.S. Post Office motion to dismiss this case for lack of subject-matter jurisdiction, (Doc. 3), is hereby **GRANTED** without costs and without prejudice to original defendants, Kirby Upright d/b/a Lamplighter Associates, and Lamplighter Associates of GP;

2) The Clerk of Court is directed to remand this case to the Court of Common Pleas for Monroe County, Pennsylvania; and

3) The Clerk of Court is directed to close this case.

**BY THE COURT:**

**James M. Munley**
**JUDGE JAMES M. MUNLEY**
**United States District Court**